UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

# ELECTRONIC NOTICE OF CIVIL APPEAL & CLERK'S CERTIFICATION

Dear Clerk of the Court,

Please take notice that on December 30, 2015 the court received a notice of appeal. This notice serves to inform you of the pending appeal and provides you with the information needed to process the appeal.

I, LAWRENCE K. BAERMAN, CLERK, U.S. District Court for the Northern District of New York, DO, HEREBY CERTIFY that the foregoing docket entries, with the exception of the documents listed below, are maintained electronically on the court's CM/ECF system and constitute the Record on Appeal in the below listed action.

The following documents *are not* available electronically. Please notify the Syracuse Clerk's Office if you need any of the following documents:

Docket No.(s):  84, 99 and 102 Supplements to Administrative Record

IN TESTIMONY WHEREOF, I have hereunto set my hand and caused the Seal of said Court to be hereto affixed at the City of Syracuse, New York, this 6th day of January, 2016.

Lawrence K. Baerman, Clerk
U.S. District Court

s/

By:  Joanne Bleskoski
     Deputy Clerk

## Case Information

| | |
|---|---|
| Case Name: | Central New York Fair Business Association, et al vs. Kenneth L. Salazar, et al |
| Case Number: | 6:08-CV-660 (LEK/DEP) |
| Docket No. of Appeal: | 132- Notice of Appeal |
| Document Appealed: | 127 Order, 128 Judgment & 131 Order denying Motion for Reconsideration |
| Fee Status: | Paid X   (Receipt # 0206-3528188) |
| Counsel: | Retained X |
| Time Status: | Untimely X |
| Motion for Extension of Time: | N/A X |
| Certificate of Appealability: | N/A X |